IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

KEVIN EUGENE BARRON                                  PLAINTIFF

v.                  Civil No. 05-5187

SPRINGDALE POLICE DEPARTMENT,
JAKE FRANKLIN, ERIC HOLLAND, KEN
WHILLOCK, TRACY SPENCER, CRAIG
MCKEE, and SANE JENTZSCH                                 DEFENDANTS

## ORDER

Plaintiff has submitted for filing in this district a civil rights complaint pursuant to 42 U.S.C. § 1983. We find the complaint should be provisionally filed prior to a determination regarding plaintiff's status as a pauper and service of process. The United States District Clerk is hereby directed to file the complaint.

Plaintiff's in forma pauperis application has been returned without filing and plaintiff is given up to and including December 19, 2005, in which to have appropriate detention center personnel complete the certificate portion of the application and return it to the undersigned for review and filing. **Should plaintiff fail to return the application within the required period of time or complete the application as directed, his complaint will become subject to summary dismissal for failure to obey a court order.**

IT IS SO ORDERED this 18th day of November 2005.

                                                       /s/ Beverly Stites Jones
                                                       HON. BEVERLY STITES JONES
                                                       UNITED STATES MAGISTRATE JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
NOV 21 2005
CHRIS R. JOHNSON, CLERK
BY /s/ Connie Dest
DEPUTY CLERK

AO 72A
(Rev. 8/82)