THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

KEVIN EUGENE BARRON                                    PLAINTIFF

v.                          Civil No. 05-5187

JAKE FRANKLIN, Detective,
Springdale Police Department;
ERIC HOLLAND, Detective,
Springdale Police Department;
KEN WHILLOCK, Special Agent;
TRACY SPENCER, Arkansas
State Police; CRAIG McKEE,
Detective, Springdale Police
Department; and SANE JENTZSCH,
Fourth Judicial Drug Task Force                        DEFENDANTS

<u>O R D E R</u>

Now on this 13th day of February, 2006, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #8), in this matter, to which no objections have been made, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, this case is hereby **dismissed.**

/s/Jimm Larry Hendren
HON. JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE